JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA J. SUESS, | Case No. CV 17-01184-JAK (DTB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| BARACK OBAMA, et al., | |
| Defendants. | |

Pursuant to the Order Denying Plaintiff's Request to Proceed Without Prepayment of Full Filing Fee,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: __3/10/17

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE